IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andrea M. Agricoli<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| HSBC Bank USA National Association, as Trustee on behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3<br>　　　　　　　　　　Movant<br>　　vs.<br>Andrea M. Agricoli<br>　　　　　　　　　　Debtor<br><br>William C. Miller Esq.<br>　　　　　　　　　　Trustee | NO. 19-10960 AMC |

**ORDER**

AND NOW, this 21st day of October, 2019 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Court shall restrict public access to the original Proof of Claim and accompanying documents (Claim 3);

It is further, ORDERED that Movant is allowed to proceed with filing a corrective Escrow Analysis with the loan number redacted in all documents compliance with Fed. R .Bankr. P. 9037 and made part of the Court record.

_____
United States Bankruptcy Judge.

Andrea M. Agricoli
1099 Grandview Circle
Pottstown, PA 19465

Joseph L. Quinn
152 East High Street, Suite 100
Pottstown, PA 19464

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532