United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-10960-amc
Andrea M Agricoli                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Oct 21, 2019
                          Form ID: pdf900    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
```
db           +Andrea M Agricoli,    1099 Grandview Circle,    Pottstown, PA 19465-7778
cr            Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
cr            North Coventry Municipal Authority,    Yergey Daylor Allebach Scheffey Picardi,
              1129 E. High Street,    P.O. Box 776,    Pottstown, PA 19464-0776
cr            North Coventry Water Authority,    1129 E. High Street,    PO Box 776,
              Pottstown,, PA  19464-0776
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Oct 22 2019 03:32:44     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2019 03:32:16
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 22 2019 03:32:30     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 03:45:18     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
```
              GREGORY W. PHILIPS    on behalf of Creditor    North Coventry Municipal Authority
               gwphilips@ydasp.com,    philipslaw@comcast.net
              GREGORY W. PHILIPS    on behalf of Creditor    North Coventry Water Authority gwphilips@ydasp.com,
               philipslaw@comcast.net
              JOSEPH L QUINN    on behalf of Debtor Andrea M Agricoli CourtNotices@rqplaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    HSBC Bank USA National Association, as Trustee on
               behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series
               2007-OA3 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Andrea M. Agricoli<br>　　　　　　　Debtor | CHAPTER 13 |
| HSBC Bank USA National Association, as Trustee on behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3<br>　　　　　　　Movant<br>　vs.<br>Andrea M. Agricoli<br>　　　　　　　Debtor<br>William C. Miller Esq.<br>　　　　　　　Trustee | NO. 19-10960 AMC |

**ORDER**

AND NOW, this 21st day of October, 2019 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Court shall restrict public access to the original Proof of Claim and accompanying documents (Claim 3);

It is further, ORDERED that Movant is allowed to proceed with filing a corrective Escrow Analysis with the loan number redacted in all documents compliance with Fed. R .Bankr. P. 9037 and made part of the Court record.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Andrea M. Agricoli
1099 Grandview Circle
Pottstown, PA 19465

Joseph L. Quinn
152 East High Street, Suite 100
Pottstown, PA 19464

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532