IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Andrea M. Agricoli | : | Chapter 13 |
| Debtor | : | No. : 19-10960-amc |

## **ORDER**

AND NOW, after review of the Objection filed by Debtor to Proof of Claim No. 3 filed by HSBC Bank USA National Association, as Trustee on behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3 and any response thereto, and after opportunity for hearing, it is hereby ORDERED:

Claim No. 3 filed by C HSBC Bank USA National Association, as Trustee on behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3 is hereby reduced to reflect arrears of $18,926.20 and the total claim value is reduced to $205,740.73.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE