IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Andrea M. Agricoli | : | Chapter 13 |
| Debtor | : | No. : 19-10960-amc |

## **CERTIFICATE OF SERVICE**

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Objection to Proof of Claim 3 filed by HSBC Bank USA National Association, as Trustee on behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3, along with Notice of Objection filed on January 6, 2020 has been served upon the following by the means stated:

*Via ECF on January 6, 2020:*

Kevin G. McDonald on behalf of Creditor HSBC Bank USA National Association, as Trustee on behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3
bkgroup@kmllawgroup.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Gregory W. Philips on behalf of Creditor North Coventry Municipal Authority
gwphilips@ydasp.com, philipslaw@comcast.net

Gregory W. Philips on behalf of Creditor North Coventry Water Authority
gwphilips@ydasp.com, philipslaw@comcast.net

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via United States Mail, Postage Prepaid on January 6, 2020:*

Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

            **ROSS, QUINN & PLOPPERT, P.C.**

         BY: */s/ Joseph Quinn*
            Joseph Quinn, Esquire
            Attorney I.D. No. 307467
            192 S. Hanover Street, Suite 101
            Pottstown, PA  19464
            T: (610) 323-5300
            F: (610) 323-6081
Date:  January 6, 2020       JQuinn@rqplaw.com