# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:  Andrea M Agricoli | | Chapter 13 |
|---|---|---|
| Debtor(s) | | BK No. 19-10960-amc |

## PRAECIPE TO WITHDRAW OBJECTION TO CLAIM NUMBER 3
## [DOCUMENT NO. 40]

TO THE CLERK OF COURT:

Kindly withdraw the Objection to Claim Number 3 filed by Debtor's Counsel on January 6, 2020 [Document No. 40].

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com

Date: June 12, 2020