IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Andrea M. Agricoli | : | Chapter 13 |
| Debtor | : | No. : 19-10960-amc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed June 22, 2020 was forwarded to the following parties, as follows:

*Via First Class United States Mail on June 22, 2020:*

Monique Foust, Ass Vice Pres.
Merrick Bank
PO Box 5000
Draper, UT 84020

*via Electronic Filing (ECF on June 22, 2020:*

Kevin G. McDonald on behalf of HSBC Bank USA National Association, as Trustee on behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3
bkgroup@kmllawgroup.com

Gregory W. Philips on behalf of North Coventry Municipal Authority
gwphilips@ydasp.com, philipslaw@comcast.net

Gregory W. Philips on behalf of North Coventry Water Authority
gwphilips@ydasp.com, philipslaw@comcast.net

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                        **ROSS, QUINN & PLOPPERT, P.C.**

By:   */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        101 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        JQuinn@RQPLaw.com
Date:  June 22, 2020        Counsel for Debtor