United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 19-10960-amc
Andrea M Agricoli                                                             Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 2             Date Rcvd: Jun 24, 2020
                              Form ID: 152               Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
```
db             +Andrea M Agricoli,    1099 Grandview Circle,    Pottstown, PA 19465-7778
cr              North Coventry Municipal Authority,    Yergey Daylor Allebach Scheffey Picardi,
                 1129 E. High Street,    P.O. Box 776,    Pottstown, PA  19464-0776
cr              North Coventry Water Authority,    1129 E. High Street,    PO Box 776,
                 Pottstown,, PA  19464-0776
14274392       +Amerifinancial Solutio,    Po Box 65018,    Baltimore, MD 21264-5018
14274393        Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
14274394        Barclay's Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
14279570        Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14274397       +Medical Data Systems I,    645 Walnut St,    Gadsden, AL 35901-4173
14274399       +Nickolas Agricoli,    1099 Grandview Circle,    Pottstown, PA 19465-7778
14274400       +North Coventry Water Authority,    c/o Gregory W. Philips, Esquire,    PO Box 776,
                 1129 High Street,    Pottstown, Pa 19464-4909
14442777       +Ross, Quinn & Ploppert, P.C.,    192 S. Hanover Street, Suite 101,    Pottstown, PA 19464-6096
14307501       +Select Portfolio Servicing,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14274403       +tri County Area FCU,    1550 Medical Drive,    Pottstown, PA 19464-3225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 25 2020 05:20:59      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2020 05:19:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2020 05:20:52      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2020 05:14:09      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14274395       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2020 05:14:12      Capitol One,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
14314883        E-mail/Text: jennifer.chacon@spservicing.com Jun 25 2020 05:21:39
                 HSBC Bank USA National Association, et. al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
14274396       +E-mail/Text: bncnotices@becket-lee.com Jun 25 2020 05:19:28      Kohls/Capone,    PO Box 3115,
                 Milwaukee, WI 53201-3115
14274398       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 25 2020 05:15:01      Merrick Bank,
                 Po Box 1500,    Draper, UT 84020-1500
14292660       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 25 2020 05:14:15      Merrick Bank,
                 PO Box 5000,    Draper, UT 84020-5000
14274401        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2020 05:14:15      Portfolio Rc,
                 Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
14274402        E-mail/Text: jennifer.chacon@spservicing.com Jun 25 2020 05:21:39
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14274721       +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2020 05:14:08      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14275208       +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2020 05:14:09      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    O Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
14279983*       Kohl's,    c/o Becket & Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
14284563*      +North Coventry Water Authority,    c/o Gregory W. Philips, Esquire,    PO Box 776,
                 1129 High Street,    Pottstown, Pa 19464-4909
                                                                                  TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2           Date Rcvd: Jun 24, 2020
                              Form ID: 152               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
              GREGORY W. PHILIPS    on behalf of Creditor    North Coventry Municipal Authority
               gwphilips@ydasp.com,   philipslaw@comcast.net
              GREGORY W. PHILIPS    on behalf of Creditor    North Coventry Water Authority gwphilips@ydasp.com,
               philipslaw@comcast.net
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSEPH L QUINN    on behalf of Debtor Andrea M Agricoli CourtNotices@rqplaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    HSBC Bank USA National Association, as Trustee on
               behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series
               2007-OA3 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA National Association, as Trustee on
               behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series
               2007-OA3 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Andrea M Agricoli

    Debtor(s)

Case No: 19–10960–amc

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 9/8/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

60
Form 152