United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-10960-amc
Andrea M Agricoli                                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore           Page 1 of 1                 Date Rcvd: Sep 08, 2020
                              Form ID: pdf900           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2020.
db            +Andrea M Agricoli,    1099 Grandview Circle,    Pottstown, PA 19465-7778
cr             Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,    Malvern, PA 19355-0701
cr             North Coventry Municipal Authority,   Yergey Daylor Allebach Scheffey Picardi,
               1129 E. High Street,    P.O. Box 776,   Pottstown, PA 19464-0776
cr             North Coventry Water Authority,    1129 E. High Street,    PO Box 776,
               Pottstown,, PA 19464-0776

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Sep 09 2020 04:16:25     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2020 04:15:59
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2020 04:16:08     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2020 04:17:09     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2020 at the address(es) listed below:
              GREGORY W. PHILIPS    on behalf of Creditor    North Coventry Municipal Authority
               gwphilips@ydasp.com,    philipslaw@comcast.net
              GREGORY W. PHILIPS    on behalf of Creditor    North Coventry Water Authority gwphilips@ydasp.com,
               philipslaw@comcast.net
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSEPH L QUINN    on behalf of Debtor Andrea M Agricoli CourtNotices@rqplaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    HSBC Bank USA National Association, as Trustee on
               behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series
               2007-OA3 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA National Association, as Trustee on
               behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series
               2007-OA3 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 8

**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Andrea M. Agricoli | \| | Chapter 13 |
| Debtor(s) | \| | BK No. 19-10960-amc |

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00**, less $1,500.00 paid by debtor pre-petition**.**

3. Expenses are **ALLOWED** in favor of the Application in the amount of **$49.00.**

BY THE COURT:

_____
HON. ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

**Date: September 8, 2020**