# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-10960-AMC

ANDREA M AGRICOLI

1099 GRANDVIEW CIRCLE

POTTSTOWN, PA 19465

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANDREA M AGRICOLI

    1099 GRANDVIEW CIRCLE

    POTTSTOWN, PA 19465

Counsel for debtor(s), by electronic notice only.

    ROSS, QUINN & PLOPPERT, P.C.
    192 S. HANOVER STREET, SUITE 101

    POTTSTOWN, PA 19464-

                                    /S/ Kenneth E. West

Date: 2/9/2023                         _____

                                    Kenneth E. West, Esquire
                                    Chapter 13 Standing Trustee