Certificate Number: 05781-PAE-DE-037472521

Bankruptcy Case Number: 19-10960



05781-PAE-DE-037472521

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 31, 2023, at 12:21 o'clock PM PDT, Andrea Agricoli completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 31, 2023            By:    /s/Allison M Geving

                                Name:  Allison M Geving

                                Title: President