United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10960-amc |
| Andrea M Agricoli | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 08, 2023 | Form ID: 138OBJ | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea M Agricoli, 1099 Grandview Circle, Pottstown, PA 19465-7778 |
| 14274399 | + | Nickolas Agricoli, 1099 Grandview Circle, Pottstown, PA 19465-7778 |
| 14274400 | + | North Coventry Water Authority, c/o Gregory W. Philips, Esquire, PO Box 776, 1129 High Street, Pottstown, Pa 19464-4909 |
| 14442777 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14307501 | + | Select Portfolio Servicing, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14274403 | + | tri County Area FCU, 1550 Medical Drive, Pottstown, PA 19464-3225 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 09 2023 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 09 2023 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14274392 | ^ | MEBN | Jun 09 2023 00:23:13 | Amerifinancial Solutio, Po Box 65018, Baltimore, MD 21264-5018 |
| 14274393 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 09 2023 00:24:00 | Bank of America, PO Box 15026, Wilmington, DE 19850-5026 |
| 14274394 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 09 2023 00:24:00 | Barclay's Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 14274395 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 09 2023 00:37:40 | Capitol One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14314883 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 09 2023 00:24:00 | HSBC Bank USA National Association, et. al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14279570 | | Email/PDF: bncnotices@becket-lee.com | Jun 09 2023 00:38:22 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14274396 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 09 2023 00:24:00 | Kohls/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14274397 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jun 09 2023 00:24:00 | Medical Data Systems I, 645 Walnut St, Gadsden, AL 35901-4173 |
| 14292660 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 09 2023 00:36:57 | Merrick Bank, PO Box 5000, Draper, UT 84020-5000 |
| 14274398 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 09 2023 00:38:03 | Merrick Bank, Po Box 1500, Draper, UT 84020-1127 |
| 14274401 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| | | | Jun 09 2023 00:38:13 | Portfolio Rc, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
|---|---|---|---|---|
| 14274402 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 09 2023 00:24:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14275208 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2023 00:37:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, O Box 41021, Norfolk, VA 23541-1021 |
| 14274721 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2023 00:38:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14279983 | * | Kohl's, c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14284563 | *+ | North Coventry Water Authority, c/o Gregory W. Philips, Esquire, PO Box 776, 1129 High Street, Pottstown, Pa 19464-4909 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor HSBC Bank USA National Association as Trustee on behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| GREGORY W. PHILIPS | on behalf of Creditor North Coventry Municipal Authority gwphilips@ydasp.com philipslaw@comcast.net |
| GREGORY W. PHILIPS | on behalf of Creditor North Coventry Water Authority gwphilips@ydasp.com philipslaw@comcast.net |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JOSEPH L QUINN | on behalf of Debtor Andrea M Agricoli CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor HSBC Bank USA National Association as Trustee on behalf of the certificate holders of Deutsche Alt-A |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2023 | Form ID: 138OBJ | Total Noticed: 22 |

Securities Mortgage Loan Trust, Series 2007-OA3 bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor HSBC Bank USA National Association as Trustee on behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3 mfarrington@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Andrea M Agricoli
        Debtor(s)

Case No: 19−10960−amc
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/8/23