Fill in this information to identify the case:

Debtor 1  Andrea M Agricoli

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the  Eastern District Of Pennsylvania

Case number  19-10960

Official Form 410S1

# Notice of Mortgage Payment Change                                                    12/15

If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor**: HSBC Bank USA National Association, as Trustee on behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3

**Court claim no**. (if known): 3

**Last four digits** of any number you use to identify the debtor's account:  1552

**Date of payment change:** 06/01/2022
Must be at least 21 days after date of this notice

**New total payment:**    $ 1850.02

Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No

   ☐ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ _____          **New escrow payment:** $ _____

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** 2.50000 %          **New interest rate:** 4.00000 %

   **Current principal and interest payment:** $ 1093.48   **New principal and interest payment:** $ 1213.03

Official Form 410S1                **Notice of Mortgage Payment Change**                page 1

Debtor1 <u>Andrea M Agricoli</u>                                      Case Number (*If known*):19-10960
       First Name    Middle Name    Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

**Current mortgage payment:** $ _____  **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Rebecca A. Solarz                        Date April 04, 2022
   Signature

Print:   <u>Rebecca A. Solarz</u>                         Title <u>Attorney for Creditor</u>
         First Name    Middle Name    Last Name

Company  <u>KML Law Group, P.C.</u>

Address  <u>701</u>     <u>Market Street, Suite 5000</u>
         Number   Street
         <u>Philadelphia,</u>                    <u>PA</u>    <u>19106</u>
         City                                 State  ZIP Code

Contact phone  <u>(215) 627–1322</u>     Email <u>rsolarz@kmllawgroup.com</u>

Official Form 410S1    **Notice of Mortgage Payment Change**    page 2