# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Andrea M. Agricoli**<br>                                    **Debtor(s)**<br><br>**HSBC Bank USA National Association, as Trustee on behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3**<br>                                    **Movant**<br>                    vs.<br><br>**Andrea M. Agricoli**<br>                                    **Debtor(s)**<br><br>**Kenneth E. West Esq.**,<br>                                    **Trustee** | **BK NO. 19-10960 AMC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 3** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 4, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Andrea M. Agricoli
1099 Grandview Circle
Pottstown, PA 19465

<u>Attorney for Debtor(s)</u>
Joseph L. Quinn, 192 S. Hanover Street, Suite 101
Pottstown, PA 19464

<u>Trustee</u>
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>April 4, 2022</u>

                                                     **/s/Rebecca A. Solarz Esquire**
                                                     Rebecca A. Solarz Esquire
                                                     KML Law Group, P.C.
                                                     BNY Mellon Independence Center
                                                     701 Market Street, Suite 5000
                                                     Philadelphia, PA 19106
                                                     215-825-6327
                                                     rsolarz@kmllawgroup.com